**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Carmen Jimenez, | ) | Case No. 05-37138 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 644
         Chicago, Illinois 60604

   On:   January 9, 2007      Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $15,055.95 |
   | b. | Disbursements | $0.00 |
   | c. | Net Cash Available for Distribution | $15,055.95 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $2,255.60 | $107.94 |

CHICAGO_1460473_1

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $11,982.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT | INTEREST |
|---|---|---|---|---|
| 1 | Target National Bank f/k/a Retailers National Bank - Target Visa<br>Acct. No. xxxxxxxxxxxx4382<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Avenue, #900<br>Seattle, WA  98121 | $3,311.54 | $3,311,54 | $147.64 |
| | **LATE CLAIMS** | | | |
| 2 | GEMB/Wal Mart<br>Acct. No. 60322072xxxx<br>P.O. Box 530927<br>Atlanta, GA  30353-0927 | $619.00 | $619.00 | 27.60 |
| 3 | Chase Cardmember Service<br>Acct. No. 1523003470059064<br>P.O. Box 100045<br>Kennesaw, GA  30156- | 1,722.60 | 1,722.60 | 76.80 |

2

|   |   |   |   |   |
|---|---|---|---|---|
|   | 9245 |   |   |   |
| 4 | Wells Fargo Financial<br>Acct. No. 36247306<br>3000 Broadview Village<br>Broadview, IL 60155-2618 | 1,332.00 | 1,332.00 | 59.39 |
| 5 | CBSC 24<br>Acct. No. 24-043170213<br>600 North Bell Avenue, #150<br>Carnegie, PA 15106-2059 | 733.58 | 733.58 | 32.71 |
| 6 | American General Finance<br>Acct. No. 404090302748xxxx<br>6025 West Cermak Road<br>Cicero, IL 60804-2018 | 1,945.00 | 1,945.00 | 86.72 |
| 7 | American General Finance<br>Acct. No. 504127803515xxxx<br>3632 West Ninth Street<br>Evergreen Park, IL 60805-2106 | 2,319.00 | 2,319.00 | 103.39 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

     0.00

|  |  |
|---|---|
| Dated:  December 12, 2006 | For the Court, |
|  | KENNETH S GARDNER |
|  | Kenneth S. Gardner |
|  | Clerk of the U.S. Bankruptcy Court |
|  | 219 S. Dearborn Street, 7th Floor |
|  | Chicago, IL 60604 |

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:     (312) 923-2981
FAX:   (312) 840-7381

4

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

7138  Doc 24  Filed 12/12/06  Entered 12/14/06 23:40:26  Desc Imaged
Certificate of Service  Page 5 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                 Page 1 of 1               Date Rcvd: Dec 12, 2006
Case: 05-37138                  Form ID: pdf002             Total Served: 15

The following entities were served by first class mail on Dec 14, 2006.
db              Carmen Jimenez,    2432 W Walton St,    #2,    Chicago, IL  60622-4684
aty            +Laura A. Hrisko,    American General Financial Services,    20 North Clark Street,    Suite 2600,
                 Chicago, IL  60602-5106
aty            +Martin J O'Hearn,    Law Offices Of Martin J O'Hearn,    10047 S Western Ave,
                 Chicago, IL  60643-1925
tr             +Ronald R Peterson,    Jenner & Block,    One IBM Plaza   38th Fl,    Chicago, IL  60611-3586
9816677         American General Finance,    Acct # 404090302748XXXX,    6025 W. Cermak Road,
                 Cicero, IL  60804-2018
9816678         American General Finance,    Acct # 504127803515XXXX,    3632 W. 95th Street,
                 Evergreen Park, IL  60805-2106
9816679        +CBSC 24,    Acct # 24-043170213,    600 N. Bell Ave, Bldg Suite 150,    Carnegie, PA 15106-4301
9816680         Chase Cardmember Service,    Acct # 1523003470059064,    P.O. Box 100045,    Kennesaw, GA 30156-9245
9816681         Citi Mortgage,    Acct # 770211102XXXX,    P. O. Box 9441,    Gaithersburg, MD 20898-9441
9816682         GEMB / Wal Mart,    Acct # 60322072XXXX,    P. O. Box 530927,    Atlanta, GA 30353-0927
10944613        GEMB/Wal Mart,    P.O. Box 530927,    Atlanta, GA 30353-0927
9816683        +GMAC,    Acct # 15490491XXXX,    P.O. Box 9001952,    Louisville, KY 40290-1952
9816684         Target National Bank,    Acct # 4352373405084382,    P. O. Box 59317,    Minneapolis, MN 55459-0317
10773742       +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
                 2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9816685         Wells Fargo Financial,    Acct # 36247306,    3000 Broadview Village,    Broadview, IL  60155-2618

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2006**           **Signature:**  *Joseph Speetjens*