IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **CARMEN JIMENEZ,** | ) | **CASE NO. 05-37138** |
| | ) | |
| Debtor. | ) | The Honorable Pamela S. Hollis, |
| | ) | Presiding |

## TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Ronald R. Peterson, Trustee ("Trustee"), pursuant to 11 U.S.C. § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On September 14, 2005, the Debtor filed her Chapter 7 petition. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. On January 10, 2007, the Trustee sent distribution checks via U.S. Mail to those creditors listed on the attached Exhibit "A".

3. The distribution checks for these creditors have been returned to the Trustee marked "Return to Sender, No Forwarding Address" or have not been cashed. All reasonable attempts have been expended to locate these creditors with no success.

4. The Trustee has stopped payment on the distribution checks and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to Section 347 of the Bankruptcy Code.

Respectfully submitted,

RONALD R. PETERSON, not individually but as
Trustee for Carmen Jimenez

BY: _____*/s/ Ronald R. Peterson*_____
            One of her attorneys

Ronald R. Peterson (02188473)
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:    (312) 222-9350
FAX:  (312) 840-7381

Dated:  September 20, 2007

1577972.1