IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **CARMEN JIMENEZ,** | ) | **CASE NO. 05-37138** |
| | ) | |
| | ) | The Honorable Pamela S. Hollis, |
| Debtor. | ) | Presiding |
| | ) | |

## NOTICE OF FILING

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on September 20, 2007, we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, **Trustee's Report of Unclaimed Property**, a copy of which is attached hereto and hereby served upon you.

RONALD R. PETERSON, not individually but as
Trustee for Carmen Jimenez


BY:    _/s/ Ronald R. Peterson_
           One of her attorneys

Ronald R. Peterson (02188473)
Jenner & Block
330 North Wabash Avenue
Chicago, IL  60611
PH:    (312) 222-9350
FAX:    (312) 840-7381

1577972.1

## CERTIFICATE OF SERVICE

I, Ronald R. Peterson, certify that I caused a copy of the foregoing **Trustee's Report of Unclaimed Property** to be served upon the parties on the attached Service List by depositing the same in the U.S. mail receptacle located at 330 North Wabash Avenue, Chicago, Illinois 60611, properly addressed and postage prepaid, before the hour of 4:00 p.m. on September 20, 2007.

                                                          */s/ Ronald R. Peterson*
                                                          Ronald R. Peterson

1577972.1

## **SERVICE LIST**

United States Trustee
227 West Monroe Street
Suite 3350
Chicago, IL  60606

Wells Fargo Financial
Acct. No. 36247306
3000 Broadview Village
Broadview, IL

CBSC 24
Acct. No. 24-043170213
600 North Bell Avenue, #150
Carnegie, PA  15106-2059

American General Finance
Acct. No. 404090302748xxxx
6025 West Cermak Road
Cicero, IL  60804-2018

American General Finance
Acct. No. 504127803515xxxx
3632 West Ninth Street
Evergreen Park, IL  60805-2016