# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **CARMEN JIMENEZ,** | ) | CASE NO. 05-37138 |
| | ) | |
| Debtor. | ) | The Honorable Pamela S. Hollis, |
| | ) | Presiding |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his Final Account, and the Trustee having certified that the estate has been fully administered pursuant to Federal Rule of Bankruptcy Procedure 5009, and no objections having been filed to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. § 350.

ENTER:

Dated: _____, 2008      _____
                                    UNITED STATES BANKRUPTCY JUDGE

1606245/1