# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

Carmen Jimenez )
)
) Bankruptcy Case No.   05-37138
)
)
)
)
)
Debtor )

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 1,391.39 to Wells Fargo Financial, Inc. claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN   6565   .

*Carol A. Doyle*
Carol A. Doyle
United States Bankruptcy Judge

Dated: 5/7/09

Payment to be mailed to:
Wells Fargo Financial, Inc.
Attn: Barbara E. Briody, POA
UCP Recoveries, MAC P6103-05A
P.O. Box 3908
Portland, OR 97208

ORIGINAL

Rev. 09-19-08ij